198 F.2d 751
 NATIONAL LABOR RELATIONS BOARD, Petitioner,
v.
W. S. HALLAM, R. J. Boggs, R. W. Hallam and Earl Fuller,
Copartners, d/b/a Hallam & Boggs Truck and
Implement Company, Respondent.
 No. 4454.
 United States Court of Appeals Tenth Circuit.
 Sept. 6, 1952.
 
 William J. Avrutis, Atty., NLRB, Washington, D.C. (George J. Bott, Gen. Counsel, NLRB, David P. Findling, Associate Gen. Counsel, NLRB, A. Norman Somers, Asst. Gen. Counsel, NLRB, and Frederick U. Reel, Atty., NLRB, Washington, D.C., on the brief), for petitioner.
 John P. Helman, Grand Junction, Colo., for respondent.
 Before PHILLIPS, Chief Judge, and MURRAH and PICKETT, Circuit Judges.
 PER CURIAM.
 
 
 1
 On authority of National Labor Relations Board v. Conover Motor Co., 10 Cir., 192 F.2d 779, and National Labor Relations Board v. Davis Motors, Inc., 10 Cir., 192 F.2d 782, the order of the Board will be enforced.